UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVEN MATZURA AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

    v.

PAUL ROSENBERG & COMPANY L.P.

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:19-cv-01207

**<u>Notice of Voluntary Dismissal</u>**

        Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1) of the Federal Rules

of Civil Procedure, hereby dismisses the above entitled action without prejudice and without fees

and costs.

Dated: New York, New York
       March 6th, 2019

**GOTTLIEB & ASSOCIATES**


<u>s/Jeffrey M. Gottlieb</u>
Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq (DG-6151)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs



SO ORDERED:


_____
United States District Court Judge